IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re: Jeremy Moore )
      SSN: XXX-XX-1904 ) Case No. 18-81266-CRJ-13
)
) Chapter 13
)
)
      Debtor(s). )

## AMENDMENT TO SCHEDULES

**COMES NOW** the Debtor, Jeremy Moore, in the above styled matter and hereby moves to amend the following Schedules for conversion.

**Schedule F to add the following unsecured creditors:**

| | |
|---|---|
| **Spire Recovery Solutions** | Unsecured, Non Priority |
| **300 S Transit St.** | Post-Petition, Pre Conversion |
| **Lockport, NY 14094** | $2,857.46 |
| | |
| **Scottsboro Urgent Care** | Unsecured, Non Priority |
| **102 Micah Way** | Post-Petition, Pre Conversion |
| **Suite 1107** | $74.00 |
| **Scottsboro, AL 35769-4161** | |
| | |
| **Huntsville Hospital** | Unsecured, Non Priority |
| **101 Sivley Rd** | Post-Petition, Pre Conversion |
| **Huntsville, AL 35801** | $200.00 |
| | |
| **HH Observation Group** | Unsecured, Non Priority |
| **P.O. Box 3495** | Post-Petition, Pre Conversion |
| **Toledo, OH 43607** | $40.00 |
| | |
| **Credit & Collection Recovery Services** | Unsecured, Non Priority |
| **403 4th Ave.** | Post-Petition, Pre Conversion |
| **Jasper, AL 35501** | $134.23 |
| | |
| **St. Vincent's East** | Unsecured, Non Priority |
| **P.O. box 42008** | Post-Petition, Pre Conversion |
| **Phoenix, AZ 85080-2008** | $130.00 |

| | |
|---|---|
| AWA Collections<br>P.O. Box 6605<br>Orange, CA 92863-6605 | Unsecured, Non Priority<br>Post-Petition, Pre Conversion<br>$333.28 |
| Choice Recovery, Inc<br>1105 Schrock Rd<br>Suite 700<br>Columbus, OH 43229 | Unsecured, Non Priority<br>Post-Petition, Pre Conversion<br>$181.25 |
| Geico<br>One Geico Center<br>Macon, GA 31296 | Unsecured, Non Priority<br>Post-Petition, Pre Conversion<br>$95.46 |
| Dekalb Regional Medical Center<br>P.O. Box 1280<br>Oaks, VA 19456-1280 | Unsecured, Non Priority<br>Post-Petition, Pre Conversion<br>$200.00 |
| Fort Payne HBP LLC<br>P.O. Box 23419<br>Jacksonville, FL 32241-4419 | Unsecured, Non Priority<br>Post-Petition, Pre Conversion<br>$23.00 |
| Frost-Arnett<br>PO Box 198988<br>Nashville, TN 37219-9899 | Unsecured, Non Priority<br>Post-Petition, Pre Conversion<br>$180.00 |
| Alteon Health<br>P.O. Box 14099<br>Belfast, ME 04915 | Unsecured, Non Priority<br>Post-Petition, Pre Conversion<br>$562.00 |
| Holloway Credit Solutions<br>PO Box 230609<br>Montgomery, AL 36123-5609 | Unsecured, Non Priority<br>Post-Petition, Pre Conversion<br>$400.00 |
| Highlands Medical Center<br>7037 Old Madison Pike NW<br>Suite 450<br>Huntsville, AL 35806 | Unsecured, Non Priority<br>Post-Petition, Pre Conversion<br>$200.00 |

MLR Solutions Inc.　　　　　　　　Unsecured, Non Priority
P.O. Box 60536　　　　　　　　　　Post-Petition, Pre Conversion
King of Prussia, PA 19406-0536　　$522.

**I/WE DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT**

Dated: 3/31/2021　　　　　　　　　/s/ Jeremy Moore
　　　　　　　　　　　　　　　　　Debtor

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ John C. Larsen
　　　　　　　　　　　　　　　　　Attorney for Debtors

OF COUNSEL:
LARSEN LAW, P.C.
1733 Winchester Rd.
Huntsville, AL 35811
(256) 859-3008

CERTIFICATE OF SERVICE

　　I hereby certify that I have served a copy of the foregoing pleading upon all listed creditors on the mailing matrix, and the creditors listed above, by depositing a copy of the same in the United States Mail, properly addressed and postage prepaid, on this the 31st day of March, 2021.

　　A copy was served electronically on the Chapter 7 Trustee, on this the 31st day of March, 2021.

　　　　　　　　　　　　　　　　　/s/ John C. Larsen

```
Label Matrix for local noticing          OneMain                                  PRA Receivables Management, LLC
1126-8                                    OneMain                                  PO Box 41021
Case 18-81266-CRJ13                       P. O. Box 3251                           Norfolk, VA 23541-1021
NORTHERN DISTRICT OF ALABAMA              Evansville, IN 47731-3251
Decatur
Wed Mar 31 14:58:38 CDT 2021

TEA OLIVE, LLC                            U. S. Bankruptcy Court                   Capital One
PO Box 1931                               400 Well Street                          Attn: Bankruptcy
Burlingame, CA 94011-1931                 P. O. Box 2775                           Po Box 30285
                                          Decatur, AL 35602-2775                   Salt Lake City, UT 84130-0285

Cashnet USA                               Comenity Bank/Overstock                  Complete Care, Inc
P.O Box 643990                            Attn: Bankruptcy Dept                    P.O. Box 681009
Cincinnati, OH 45264-0309                 Po Box 182125                            Fort Payne, AL 35968-1611
                                          Columbus, OH 43218-2125

Credit Central                            Credit Central, LLC                      Darren Gannuch, MD
145 East Laurel St                        700 E. North St, Suite 15                10016 Bluff Dr. SE
Scottsboro, AL 35768-1801                 Greenville, SC 29601-3013                Huntsville, AL 35803-1704

Dumas & McPhail, LLC                      FNB BANK                                 FNB Bank
PO Box 870                                1535 SOUTH BROAD STREET                  402 S Broad St.
Mobile, AL 36601-0870                     SCOTTSBORO, AL 35768-2608                Scottsboro, AL 35768-1706
                                          ATTN: CYNTHIA SMITH

Family Savings Credit Union               IMMH Scottsboro, LLC                     Jn Portfolio Debt Equities, LLC
3511 S Broad St                           5700 Darrow Rd.                          Attn: Bankruptcy
Scottsboro, AL 35769-7412                 Suite 106                                5757 Phantom Dr. Ste 225
                                          Hudson, OH 44236-5026                    Hazelwood, MO 63042-2429

Midland Funding LLC                       NCB                                      OneMain Financial
PO Box 2011                               Attn: Bankruptcy                         PO Box 3251
Warren, MI 48090-2011                     One Allied Dr                            Evansville, IN 47731-3251
                                          Trevose, PA 19053-6945

Premier Orthopaedics                      Publishers Clearing House                Quantum3 Group LLC as agent for
380 Woods Cove Rd.                        101 Winners Circle                       Comenity Capital Bank
Suite A                                   Jericho, NY 11753-2714                   PO Box 788
Scottsboro, AL 35768-2428                                                          Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for           SFC Central Bankruptcy                   Security Finance
JH Portfolio Debt Equities LLC            PO Box 1893                              Centralized Bankruptcy
PO Box 788                                Spartanburg, SC 29304-1893               Po Box 1893
Kirkland, WA  98083-0788                                                           Spartanburg, SC 29304-1893

Verizon                                   Jeremy Moore                             John C. Larsen
by American InfoSource LP as agent        1317 County Rd. 378                      Larsen Law, P.C.
PO Box 248838                             Dutton, AL 35744-7011                    1733 Winchester Rd
Oklahoma City, OK  73124-8838                                                      Huntsville, AL 35811-9190
```

Michele T. Hatcher
Chapter 13 Trustee
P.O. Box 2388
Decatur, AL 35602-2388

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)Tea Olive, LLC<br>PO Box 1931<br>Burlingame, CA 94011-1931 | End of Label Matrix<br>Mailable recipients   30<br>Bypassed recipients    2<br>Total                 32 |

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeremy** | | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number  **18-81266**
(if known)

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................ $ 0.00

   1b. Copy line 62, Total personal property, from Schedule A/B................................................ $ 10,500.00

   1c. Copy line 63, Total of all property on Schedule A/B........................................................... $ 10,500.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ 9,607.25

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................ $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............ $ 34,528.44

   **Your total liabilities** $ 44,135.69

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................ $ 1,754.47

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.................................................. $ 1,453.00

### Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. What kind of debt do you have?

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum  Summary of Your Assets and Liabilities and Certain Statistical Information  page 1 of 2

| Debtor 1 | Jeremy Moore | Case number (if known) | 18-81266 |
|---|---|---|---|

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.   $ 2,295.87

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jeremy** First Name | **** Middle Name | **Moore** Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA | | |
| Case number (if known) | 18-81266 | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ■ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|   |   |   | Total claim |
|---|---|---|---|
| 4.1 | **Alteon Health** Nonpriority Creditor's Name **P.O. Box 14099** **Belfast, ME 04915** Number Street City State Zip Code | Last 4 digits of account number When was the debt incurred? As of the date you file, the claim is: Check all that apply | $562.00 |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

| 4.2 | **AWA Collections** | Last 4 digits of account number _____ | $333.28 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 6605**
**Orange, CA 92863-6605**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.3 | **Capital One** | Last 4 digits of account number   4490 | $2,263.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred?    Opened 09/12  Last Active 10/06/17

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

| 4.4 | **Capital One** | Last 4 digits of account number   9649 | $1,795.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred?    Opened 06/12  Last Active 10/06/17

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

| 4.5 | Cashnet USA | Last 4 digits of account number ___ ___ ___ ___ | $2,237.92 |

Nonpriority Creditor's Name
P.O Box 643990
Cincinnati, OH 45264
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.6 | Choice Recovery, Inc | Last 4 digits of account number ___ ___ ___ ___ | $181.25 |

Nonpriority Creditor's Name
1105 Schrock Rd
Suite 700
Columbus, OH 43229
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.7 | Comenity Bank/Overstock | Last 4 digits of account number  6122 | $1,133.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218
Number Street City State Zip Code

When was the debt incurred?  Opened 07/15  Last Active 12/01/17

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Charge Account

Is the claim subject to offset?

■ No
☐ Yes

| 4.8 | **Complete Care, Inc** | Last 4 digits of account number | $104.92 |

Nonpriority Creditor's Name
P.O. Box 681009
Fort Payne, AL 35968
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

| 4.9 | **Credit & Collection Recovery Services** | Last 4 digits of account number | $134.23 |

Nonpriority Creditor's Name
403 4th Ave.
Jasper, AL 35501
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

| 4.10 | **Credit Central** | Last 4 digits of account number    **0006** | $1,309.00 |

Nonpriority Creditor's Name
145 East Laurel St
Scottsboro, AL 35768
Number Street City State Zip Code

When was the debt incurred?    **Opened 03/18 Last Active 3/31/18**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Personal Loan**

---

| 4.1 1 | **Darren Gannuch, MD** | Last 4 digits of account number | $40.00 |

Nonpriority Creditor's Name
**10016 Bluff Dr. SE**
**Huntsville, AL 35803**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.1 2 | **Dekalb Regional Medical Center** | Last 4 digits of account number | $200.00 |

Nonpriority Creditor's Name
**P.O. Box 1280**
**Oaks, PA 19456-1280**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.1 3 | **Family Savings Credit Union** | Last 4 digits of account number | $768.04 |

Nonpriority Creditor's Name
**3511 S Broad St**
**Scottsboro, AL 35768**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Overdraft Account**

| 4.1 4 | **Fort Payne HBP LLC** | Last 4 digits of account number | $23.00 |

Nonpriority Creditor's Name
**P.O. Box 23419**
**Jacksonville, FL 32241-4419**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

| 4.1 5 | **Frost-Arnett** | Last 4 digits of account number | $180.00 |

Nonpriority Creditor's Name
**PO Box 198988**
**Nashville, TN 37219-8988**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

| 4.1 6 | **Geico** | Last 4 digits of account number | $95.46 |

Nonpriority Creditor's Name
**One Geico Center**
**Macon, GA 31296-0001**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

| 4.17 | HH Observation Group | Last 4 digits of account number | $40.00 |

**Nonpriority Creditor's Name**
P.O. Box 3495
Toledo, OH 43607
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

| 4.18 | Highlands Medical Center | Last 4 digits of account number | $200.00 |

**Nonpriority Creditor's Name**
7037 Old Madison Pike NW
Suite 450
Huntsville, AL 35806
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

| 4.19 | Holloway Credit Solutions | Last 4 digits of account number | $400.00 |

**Nonpriority Creditor's Name**
PO Box 230609
Montgomery, AL 36123-5609
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

| 4.20 | Huntsville Hospital | Last 4 digits of account number | $200.00 |

**Nonpriority Creditor's Name**
101 Sivley Rd
Huntsville, AL 35801
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

| 4.21 | IMMH Scottsboro, LLC | Last 4 digits of account number | $40.00 |

**Nonpriority Creditor's Name**
5700 Darrow Rd.
Suite 106
Hudson, OH 44236
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Medical**

---

| 4.22 | Jn Portfolio Debt Equities, LLC | Last 4 digits of account number  8288 | $6,175.00 |

**Nonpriority Creditor's Name**
Attn: Bankruptcy
5757 Phantom Dr. Ste 225
Hazelwood, MO 63042
Number Street City State Zip Code

**When was the debt incurred?**  **Opened 09/17**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Factoring Company Account Lending Club**

### 4.2.3  MLR Solutions Inc.

**Nonpriority Creditor's Name**
P.O. Box 60536
King of Prussia, PA 19406-0536
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**                         $522.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

### 4.2.4  NCB

**Nonpriority Creditor's Name**
Attn: Bankruptcy
One Allied Dr
Trevose, PA 19053
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**  3724                    $3,444.00

**When was the debt incurred?**  Opened 08/17

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Factoring Company Account Rise Credit Of Alabama Llc D/**

---

### 4.2.5  OneMain Financial

**Nonpriority Creditor's Name**
Attn: Bankruptcy
601 Nw 2nd Street
Evansville, IN 47708
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**  3826                    $8,059.00

**When was the debt incurred?**  Opened 08/17  Last Active 8/31/17

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  39-DV-2018-900028

| 4.26 | **Premier Orthopaedics** | Last 4 digits of account number | $246.88 |

Nonpriority Creditor's Name
380 Woods Cove Rd.
Suite A
Scottsboro, AL 35768
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community debt   ☐ Student loans
                        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Is the claim subject to offset?
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                   ■ Other. Specify _____

| 4.27 | **Publishers Clearing House** | Last 4 digits of account number | $150.00 |

Nonpriority Creditor's Name
101 Winners Circle
Jericho, NY 11753
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community debt   ☐ Student loans
                        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Is the claim subject to offset?
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                   ■ Other. Specify _____

| 4.28 | **Scottsboro Urgent Care** | Last 4 digits of account number | $74.00 |

Nonpriority Creditor's Name
102 Micah Way
Suite 1107
Scottsboro, AL 35769-4161
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only   ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community debt   ☐ Student loans
                        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Is the claim subject to offset?
■ No                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                   ■ Other. Specify _____

| 4.29 | | | |
|---|---|---|---|
| **Security Finance** | Last 4 digits of account number | 1573 | $630.00 |
| Nonpriority Creditor's Name | | | |
| **Centralized Bankruptcy** | When was the debt incurred? | Opened 11/30/17  Last Active 3/09/18 | |
| **Po Box 1893** | | | |
| **Spartanburg, SC 29304** | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Unsecured

---

| 4.30 | | | |
|---|---|---|---|
| **Spire Recovery Solutions** | Last 4 digits of account number | | $2,857.46 |
| Nonpriority Creditor's Name | | | |
| **300 S Transit St.** | When was the debt incurred? | | |
| **Lockport, NY 14094** | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.31 | | | |
|---|---|---|---|
| **St. Vincent's East** | Last 4 digits of account number | | $130.00 |
| Nonpriority Creditor's Name | | | |
| **P.O. box 42008** | When was the debt incurred? | | |
| **Phoenix, AZ 85080-2008** | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Debtor 1 | Jeremy Moore | | Case number (if known) | 18-81266 |
|---|---|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Dumas & McPhail, LLC**<br>**PO Box 870**<br>**Mobile, AL 36601-0870** | Line **4.25** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | Student loans | 6f. | $ | 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 34,528.44 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 34,528.44 |