In re:                 Case No. 18-81266-CRJ

Jeremy Moore                 Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-8                 User: admin                 Page 1 of 3

Date Rcvd: Apr 01, 2021                 Form ID: van010                 Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy Moore, 1317 County Rd. 378, Dutton, AL 35744-7011 |
| | + | Michele Hatcher, PO Box 2388, Decatur, AL 35602-2388 |
| 10642682 | | AWA Collections, P.O. Box 6605, Orange, CA 92863-6605 |
| 10642688 | + | Alteon Health, P.O. Box 14099, Belfast, ME 04915-4034 |
| 10642683 | + | Choice Recovery, Inc, 1105 Schrock Rd, Suite 700, Columbus, OH 43229-1168 |
| 9721605 | + | Complete Care, Inc, P.O. Box 681009, Fort Payne, AL 35968-1611 |
| 9721607 | #+ | Darren Gannuch, MD, 10016 Bluff Dr. SE, Huntsville, AL 35803-1704 |
| 10642685 | | Dekalb Regional Medical Center, P.O. Box 1280, Oaks, VA 19456-1280 |
| 9721616 | | Dumas & McPhail, LLC, PO Box 870, Mobile, AL 36601-0870 |
| 9737424 | + | FNB BANK, 1535 SOUTH BROAD STREET, SCOTTSBORO, AL 35768-2608, ATTN: CYNTHIA SMITH |
| 9721601 | + | FNB Bank, 402 S Broad St., Scottsboro, AL 35768-1706 |
| 9721608 | + | Family Savings Credit Union, 3511 S Broad St, Scottsboro, AL 35769-7412 |
| 10642686 | | Fort Payne HBP LLC, P.O. Box 23419, Jacksonville, FL 32241-4419 |
| 10642684 | + | Geico, One Geico Center, Macon, GA 31296-0001 |
| 10642679 | + | HH Observation Group, P.O. Box 3495, Toledo, OH 43607-0495 |
| 10642690 | + | Highlands Medical Center, 7037 Old Madison Pike NW, Suite 450, Huntsville, AL 35806-2107 |
| 10642689 | + | Holloway Credit Solutions, PO Box 230609, Montgomery, AL 36123-0609 |
| 9721609 | + | IMMH Scottsboro, LLC, 5700 Darrow Rd., Suite 106, Hudson, OH 44236-5026 |
| 9721610 | + | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 10642691 | | MLR Solutions Inc., P.O. Box 60536, King of Prussia, PA 19406-0536 |
| 9721611 | + | NCB, Attn: Bankruptcy, One Allied Dr, Trevose, PA 19053-6945 |
| 9721613 | + | Premier Orthopaedics, 380 Woods Cove Rd., Suite A, Scottsboro, AL 35768-2428 |
| 9721614 | + | Publishers Clearing House, 101 Winners Circle, Jericho, NY 11753-2714 |
| 10642677 | | Scottsboro Urgent Care, 102 Micah Way, Scottsboro, AL 35769-4161 |
| 10642676 | | Spire Recovery Solutions, 300 S Transit St., Lockport, NY 14094 |
| 10642681 | | St. Vincent's East, P.O. box 42008, Phoenix, AZ 85080-2008 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: bnc_notices_northern@alnba.uscourts.gov | Apr 02 2021 06:38:00 | Richard Blythe, BA Decatur, P O Box 3045, Decatur, AL 35602-3045 |
| 9721602 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 02 2021 06:04:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 9721603 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Apr 02 2021 06:35:00 | Cashnet USA, P.O Box 643990, Cincinnati, OH 45264-0309 |
| 9721604 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 02 2021 06:37:00 | Comenity Bank/Overstock, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 10642680 | + | Email/Text: sandy@ccrsi.com | Apr 02 2021 06:35:00 | Credit & Collection Recovery Services, 403 4th Ave., Jasper, AL 35501-3705 |
| 9721606 | + | Email/Text: bk@creditcentralllc.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 9764079 | + | Email/Text: bk@creditcentralllc.com | Apr 02 2021 06:45:00 | Credit Central, 145 East Laurel St, Scottsboro, AL 35768-1801 |
| | | | Apr 02 2021 06:45:00 | Credit Central, LLC, 700 E. North St, Suite 15, Greenville, SC 29601-3013 |
| 10642687 | | Email/Text: bankruptcy@frost-arnett.com | Apr 02 2021 06:34:00 | Frost-Arnett, PO Box 198988, Nashville, TN 37219-9899 |
| 10642678 | + | Email/Text: pa.customerservice@hhsys.org | Apr 02 2021 06:45:00 | Huntsville Hospital, 101 Sivley Rd, Huntsville, AL 35801-4470 |
| 9764239 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 02 2021 06:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 9721612 | + | Email/PDF: cbp@onemainfinancial.com | Apr 02 2021 05:52:45 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 9716592 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 02 2021 05:41:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 9780447 | | Email/Text: bnc-quantum@quantum3group.com | Apr 02 2021 06:37:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9772060 | | Email/Text: bnc-quantum@quantum3group.com | Apr 02 2021 06:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 9721917 | + | Email/Text: bankruptcy.noticing@security-finance.com | Apr 02 2021 06:36:00 | SFC Central Bankruptcy, PO Box 1893, Spartanburg, SC 29304-1893 |
| 9721615 | + | Email/Text: bankruptcy.noticing@security-finance.com | Apr 02 2021 06:36:00 | Security Finance, Centralized Bankruptcy, Po Box 1893, Spartanburg, SC 29304-1893 |
| 10575786 | | Email/Text: documentfiling@lciinc.com | Apr 02 2021 06:35:00 | Tea Olive, LLC, PO Box 1931, Burlingame, CA 94011-1931 |
| 9775400 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 02 2021 05:55:03 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | TEA OLIVE, LLC, PO Box 1931, Burlingame, CA 94011-1931 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John C. Larsen | on behalf of Debtor Jeremy Moore  john@jlarsenlaw.com  lori@jlarsenlaw.com;larsenjr86417@notify.bestcase.com |
| Michele T. Hatcher | ecf@ch13decatur.com  michele.hatcher@ch13decatur.com |
| OneMain | cbp@onemainfinancial.com |
| Tazewell Shepard | tshepard@ecf.axosfs.com  janelle@ssmattorneys.com |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**                                                                                     **Case No.** 18−81266−CRJ7
Jeremy Moore                                                             **Chapter** 7
**SSN:** xxx−xx−1904

      **Debtor(s)**

## CONVERSION NOTICE

**NOTICE is hereby provided:**

The Debtor filed a **Notice of Conversion** on **3/31/21.** The Debtor is required to pay the conversion fee of $25.00 to the Clerk of the Bankruptcy Court within 2 business days from the date of this notice, or this case may be set for dismissal.

On or before 14 days from the date of filing the Notice of Conversion the Debtor is required to do the following:

(1) File amendments to Schedules A through F, listing any and all changes to property or amounts owed since the commencement of the original bankruptcy case;

(2) File a Summary of Your Assets and Liabilities and Certain Statistical Information − Individual (Official Form 106) pursuant to 28 U.S.C. §159;

(3) File an Attorney's Disclosure of Compensation regarding fees received in the chapter 13 case, fees paid for the conversion of the chapter 13 case and any fees for the chapter 7 case pursuant to 11 U.S.C. §329;

(4) File a Chapter 7 Statement of Your Current Monthly Income and Means−Test Calculation (Official Form 122A) for cases filed on or after October 17, 2005;

Further, the Debtor is required to file with the Court on or before 30 days from the date of the Notice of Conversion or the date set for the Section 341 meeting of creditors, whichever date is earlier, a Statement of Intention pursuant to 11 U.S.C. §521. A copy of the statement is to be served on the named creditor(s) and affected parties to the case and the same is to be certified to the Court upon completion.

Failure to comply with the filing requirements or payment of fees within the time limits may result in the dismissal of the case. Copies of all amendments and statements are to be served on the appointed Chapter 7 Trustee and the Bankruptcy Administrator.

Dated:   April 1, 2021                                                    By:

                                                                                       Joseph E. Bulgarella, Clerk
                                                                                       United States Bankruptcy Court

dwh